# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **ROBERT WHITE, on behalf of himself and a class of those similarly situated,** *Plaintiff* | § § § § § § § § § | **Case No. 1:20-CV-00884-SH** |
| **v.** | | |
| **PATRIOT ERECTORS LLC,** *Defendant* | | |

## FINAL JUDGMENT

After a two-day bench trial, the Court on this date entered Findings of Fact and Conclusions of Law. The Court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of Plaintiff Robert White.

**IT IS FURTHER ORDERED** that White is **AWARDED** damages as follows: $40,575.68 in uncompensated overtime and $40,575.68 in liquidated damages, for a total award of $81,151.36.

**IT IS FURTHER ORDERED** that any relief requested by any party not expressly granted herein is **DENIED**.

**IT IS FURTHER ORDERED** that White shall submit a bill of costs with supporting documentation, if at all, no later than 45 days after the entry of final judgment.

**IT IS FURTHER ORDERED** that White shall file any motion for attorney's fees, if at all, no later than 45 days after entry of final judgment.

**IT IS FINALLY ORDERED** that this action is **CLOSED**, except as to any post-judgment motions that may be filed.

**SIGNED** on June 20, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE