UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROBERT WHITE, on behalf of himself and a class of those similarly situated,<br>*Plaintiff*<br><br>v.<br><br>PATRIOT ERECTORS LLC,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>Case No. 1:20-CV-00884-SH |

**FINAL JUDGMENT**

Now before the Court are the Joint Notice of Dismissal and Notice of Satisfaction of Judgment and Agreed Order of Dismissal with Prejudice filed December 6, 2024 (Dkt. 97). The parties stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with Plaintiff and Defendant to bear their own costs and fees.

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** as to all claims brought by the Plaintiff with the parties to bear their own respective costs and fees. The Court further recognizes that all judgments in this action have been satisfied pursuant to the mutual agreement of the parties and that Plaintiff will not pursue further collection of any judgments entered in this action.

The Court **FURTHER ORDERS** that Plaintiff's Motion for Determination of Fees to be Awarded (Dkt. 93) is **DISMISSED** and that the Clerk of Court **CLOSE** this case.

**SIGNED** on December 9, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE